# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 20, 2021

161997

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

NADJA NICHOLLE KIOGIMA,
    Defendant-Appellant.

SC: 161997
COA: 353815
Leelanau CC: 2019-002005-FH

_____/

      On order of the Court, the application for leave to appeal the August 7, 2020 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.





      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 20, 2021

a0113

Clerk